Harms v. Lee County Fair Assn., 209 Ill. App. 103.

---

## John Harms, Administrator, Appellant, v. Lee County Fair Association, Appellee.

### Gen. No. 6,485.   (Not to be reported in full.)

Appeal from the Circuit Court of Lee county; the Hon. Richard S. Farrand, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed February 12, 1918.

### Statement of the Case.

Action by John Harms, administrator of the estate of Albert Harms, deceased, plaintiff, against Lee County Fair Association, defendant, to recover damages for personal injuries resulting in death of plaintiff's intestate received while he was observing a motorcyclist riding in a motordome at defendant's fair. From a judgment for defendant for costs, plaintiff appeals.

J. J. Ludens, for appellant.

William L. Leech and Clyde Smith, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

Theaters and shows, § 4*—*when death of spectator at motor-
dome is shown not to be due to negligence.* In an action to recover
for the death of a spectator of motorcycling in defendant fair asso-
ciation's motordome, due to a motorcycle rider being precipitated
over the guardrail while deceased was standing on a walk at the
top of the motordome at a place not reserved for spectators, evi-
dence *held* insufficient to show that the motordome or motorcycle
were defective or that the driver was incompetent, and that the
death of deceased was not due to any negligence of defendant, there
being evidence that some cigar ashes fell into the pit and got into
the driver's eyes, causing him to lose control over the machine and
to be hurled from it, causing the injuries.